EDMUND SEAMAN, Appellant, *v.* AETNA CASUALTY AND SURETY COMPANY, Respondent et al., Defendants.

Argued December 1, 1943; decided January 13, 1944.

*Elwood C. Smith* for appellant.

*George F. Roesch* for defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.